CO-386
10/2018

# United States District Court
# For the District of Columbia

MSW Media, Inc.

　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　 )
vs　　　　　　　　Plaintiff　 )　　　Civil Action No.___1:26-cv-01061_____
　　　　　　　　　　　　　　　 )
DHS　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　 )
　　　　　　　　Defendant　　 )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for ___MSW Media, Inc._____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of ___MSW Media, Inc._____ which have

any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

984704
_____
BAR IDENTIFICATION NO.

Kelly McClanahan
_____
Print Name

1451 Rockville Pike, Suite 250
_____
Address

Rockville　　　　MD　　　　20852
_____
City　　　　　State　　　　Zip Code

501-301-4672
_____
Phone Number