**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MSW MEDIA, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:26-cv-01061 (CRC) |
| | * | |
| DEPARTMENT OF HOMELAND | * | |
| SECURITY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**PROOF OF SERVICE**

Plaintiff attaches Proof of Service for Plaintiff's Complaint. According to the United States Postal Service ("USPS") tracking system, summons have been delivered to Defendant Department of Homeland Security, as well as the U.S. Attorney for the District of Columbia and the U.S. Attorney General.

Plaintiff provides the attached document as evidence regarding service of the Department of Homeland Security and U.S. Attorney General. Plaintiff served the U.S. Attorney for the District of Columbia by email on 30 March 2026. Service was accordingly effected on 30 March 2026 pursuant to Federal Rule of Civil Procedure 12(a)(2).

Date:   April 11, 2026

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike, Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org
*Counsel for Plaintiff*

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 4202053095071066599160905349446

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 4:37 am on April 8, 2026 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
April 8, 2026, 4:37 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

Remove ✕

**Tracking Number:**

## 4202052895071066599160905349460

**Copy**          **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item was delivered to an individual at the address at 9:51 am on April 2, 2026 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20528
April 2, 2026, 9:51 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

See More ⌄

Track Another Package

Enter tracking or barcode numbers

Feedback

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**