UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MSW MEDIA, INC.<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Civil A. No. 26-1061 (CRC) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated May 15, 2026, Plaintiff MSW Media, Inc. and Defendant U.S. Department of Homeland Security respectfully submit this Joint Status Report.

1.      Plaintiff's suit arises under the Freedom of Information Act ("FOIA"), and relates to two FOIA requests submitted to Defendant in January 2026 and February 2026.  The parties filed a Joint Proposed Schedule (ECF No. 7) on May 14, 2026, and the Court directed the parties to file a Joint Status Report by August 12, 2026.

2.      The parties have conferred via electronic mail and jointly provide the following report.  With respect to FOIA request 2026-HQFO-01584, DHS reports that it made its first production on June 15, 2026, and expects to make its final production by August 31, 2026.  With respect to FOIA request 2026-ICFO-17498, Defendants report that ICE made its first and final production in response that request on August 3, 2026.

3.      Plaintiff proposes to submit a joint status report in thirty days, since the final response will be issued this month and these requests involve urgent matters of widespread public interest.  Defendant proposes to submit a joint status report in ninety days, to afford the parties an

- 2 -

opportunity to confer and narrow or eliminate any potential areas of dispute after the final

production in this matter has been made.

Dated:  August 12, 2026

   /s/ Kelly Brian McClanahan
Kelly Brian McClanahan
NATIONAL SECURITY COUNSELORS
1451 Rockville Pike, Suite 250
Rockville, MD 20852
501-301-4672
Email: kel@nationalsecuritylaw.org


*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    /s/ Andrew J. Vaden
    ANDREW J. VADEN, D.C. Bar #1044860
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2437

*Attorneys for the United States of America*