UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MSW MEDIA, INC.<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Civil A. No. 26-1061 (CRC) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Orders dated August 14, 2026, and October 15, 2026, Plaintiff MSW Media, Inc. and Defendant U.S. Department of Homeland Security respectfully submit this Joint Status Report.[1]

1. Plaintiff's suit arises under the Freedom of Information Act ("FOIA"), and relates to two FOIA requests submitted to Defendant in January 2026 and February 2026. The parties' most recent status report was filed on August 12, 2026 (ECF No. 12), and the Court directed the parties to file a further report by October 13, 2026.

2. The parties have conferred via electronic mail and jointly provide the following report. With respect to FOIA request 2026-HQFO-01584, DHS reports that it made its final production on August 24, 2026. With respect to FOIA request 2026-ICFO-17498, Defendants report that ICE made its first and final production in response to that request on August 3, 2026.

[1] As the Court has noted, this Joint Status Report was originally due October 13, 2026. The parties agreed on the final text of a JSR on that date but, due to an oversight by undersigned counsel for Defendants, the JSR was not timely filed. Undersigned counsel for Defendants apologizes to the Court and to Plaintiff for this error.

3. The parties propose to submit a joint status report in sixty days, to afford the parties an opportunity to confer and narrow or eliminate any potential areas of dispute before proceeding to motion practice.

Dated: October 18, 2026

*/s/ Kelly Brian McClanahan*
Kelly Brian McClanahan
NATIONAL SECURITY COUNSELORS
1451 Rockville Pike, Suite 250
Rockville, MD 20852
501-301-4672
Email: kel@nationalsecuritylaw.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Andrew J. Vaden*
ANDREW J. VADEN, D.C. Bar #1044860
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2437

*Attorneys for the United States of America*